Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Charles<br>First name<br><br>Middle name<br>Barr<br>Last name<br><br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and doing business as names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 5 5 3<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN _____  
EIN _____  
EIN _____  
EIN _____  

EIN _____  
EIN _____  
EIN _____  
EIN _____  

**5. Where you live**

1105 Bush Street #509  
Number    Street

_____

San Francisco    CA    94109  
City    State    ZIP Code

San Francisco County  
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____  
Number    Street

_____  
P.O. Box

_____  
City    State    ZIP Code

**If Debtor 2 lives at a different address:**

_____  
Number    Street

_____

_____  
City    State    ZIP Code

_____  
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____  
Number    Street

_____  
P.O. Box

_____  
City    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

[✓] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

[ ] I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

[ ] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

[ ] I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1    Charles Barr          Case number *(if known)* _____
           First Name   Middle Name   Last Name

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____  _____  _____
City                              State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.
☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____

Debtor 1   Charles Barr                                                                 Case number (*if known*)_____
          First Name   Middle Name   Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Charles Barr | | Case number (*if known*) _____ |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

# Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.
☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

# Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Charles Barr
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on  07/17/2025
             MM / DD / YYYY

Executed on  _____
             MM / DD / YYYY

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 6

| Debtor 1 | Charles Barr | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **For your attorney, if you are represented by one** **If you are not represented by an attorney, you do not need to file this page.** | ✘ /s/ Leslie Cohen    Date 07/17/2025 |
| | Signature of Attorney for Debtor    MM / DD / YYYY |
| | Leslie Cohen |
| | Printed name |
| | Leslie Cohen Law PC |
| | Firm name |
| | 1615-A Montana Avenue |
| | Number    Street |
| | |
| | Santa Monica       CA       90403 |
| | City       State       ZIP Code |
| | Contact phone 3103945900   Email address leslie@lesliecohenlaw.com |
| | 93698       CA |
| | Bar number       State |

Case: 25-30563   Doc# 1   Filed: 07/17/25   Entered: 07/17/25 15:26:13   Page 7 of 16

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

**Fill in this information to identify your case:**

Debtor 1: Charles Barr
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of California

Case number: _____
(If known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: StanCorp Mortgage Investors, LLC
Number/Street: 10265 NE Tanasbourne Drive 3rd Fl
City: Hillsboro  State: OR  ZIP Code: 97124
Contact: Attn: Officer or General Counsel
Contact phone: 971-321-6100

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ 2,800,000.00

**2**
Creditor's Name: Jennifer Wickliffe
Number/Street: c/o Sherman Business Law
802 Montgomery St
City: San Francisco  State: CA  ZIP Code: 94133
Contact: Steven Sherman
Contact phone: 415-403-1660

What is the nature of the claim? Personal guarantee

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ 590,000.00

Debtor 1  Charles Barr
First Name  Middle Name  Last Name

Case number (if known) _____

| | | **Unsecured claim** |

**3** Greater Nevada Credit Union
Creditor's Name
451 Eagle Station Ln
Number  Street

Carson City  NV  89701
City  State  ZIP Code

Contact
(775) 882-2060
Contact phone

What is the nature of the claim? personal guarantee

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  – $_____
Unsecured claim  $_____

$500,000.00

---

**4** Capital One
Creditor's Name
Attn: Bankruptcy Department
Number  Street
PO Box 30285

Salt Lake City  UT  84130-0285
City  State  ZIP Code

Contact
1-877-383-4802
Contact phone

What is the nature of the claim? business credit card

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  – $_____
Unsecured claim  $_____

$50,000.00

---

**5** Rabo Agrifinance
Creditor's Name
14767 North Outer 40 Road
Number  Street
Suite 400

Chesterfield  MO  63017
City  State  ZIP Code

Kurt Leistikow
Contact
319-575-5447
Contact phone

What is the nature of the claim? Personal guarantee

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  – $_____
Unsecured claim  $_____

$40,000.00

---

**6** JPMorgan Chase Bank, N.A.
Creditor's Name
Mail Code LA4-7100
Number  Street
700 Kansas Lane

Monroe  LA  71203
City  State  ZIP Code

Contact
1-800-870-8482
Contact phone

What is the nature of the claim? Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  – $_____
Unsecured claim  $_____

$20,000.00

---

**7** Savor / JPMorgan Chase Bank, N.A.
Creditor's Name
Mail Code LA4-7100
Number  Street
700 Kansas Lane

Monroe  LA  71203
City  State  ZIP Code

Contact
1-800-870-8482
Contact phone

What is the nature of the claim? Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  – $_____
Unsecured claim  $_____

$8,500.00

Official Form 104  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 2

Debtor 1  Charles Barr
         First Name   Middle Name   Last Name

Case number (if known) _____

**Unsecured claim**

| 8 | Liberty Mutual Insurance |
|---|---|
| Creditor's Name | |

175 Berkeley Street
Number   Street

Boston              MA   02116
City                State  ZIP Code

_____
Contact

617-357-9500
Contact phone

What is the nature of the claim? Renters insurance

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

$ 50.00

---

| 9 | Colorado Department of Revenue |
|---|---|
| Creditor's Name | |

Attn: Bankruptcy
Number   Street

PO Box 17087

Denver              CO   80217-0087
City                State  ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Potential Spring Born, Inc. taxes

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

$ Unknown

---

**10**

Creditor's Name: _____

Number   Street: _____

_____

City    State   ZIP Code: _____

Contact: _____

Contact phone: _____

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

$_____

---

**11**

Creditor's Name: _____

Number   Street: _____

_____

City    State   ZIP Code: _____

Contact: _____

Contact phone: _____

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

$_____

---

**12**

Creditor's Name: _____

Number   Street: _____

_____

City    State   ZIP Code: _____

Contact: _____

Contact phone: _____

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

$_____

Case: 25-30563   Doc# 1   Filed: 07/17/25   Entered: 07/17/25 15:26:13   Page 10 of 16
Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 3

Debtor 1    Charles Barr                                 Case number *(if known)* _____
         First Name    Middle Name    Last Name

**Unsecured claim**

**13.** _____  
Creditor's Name  
_____  
Number    Street  
_____  
_____  
City      State      ZIP Code  
_____  
Contact  
_____  
Contact phone  

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   –   $_____
         Unsecured claim      $_____

**14.** _____  
Creditor's Name  
_____  
Number    Street  
_____  
_____  
City      State      ZIP Code  
_____  
Contact  
_____  
Contact phone  

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   –   $_____
         Unsecured claim      $_____

**15.** _____  
Creditor's Name  
_____  
Number    Street  
_____  
_____  
City      State      ZIP Code  
_____  
Contact  
_____  
Contact phone  

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   –   $_____
         Unsecured claim      $_____

**16.** _____  
Creditor's Name  
_____  
Number    Street  
_____  
_____  
City      State      ZIP Code  
_____  
Contact  
_____  
Contact phone  

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   –   $_____
         Unsecured claim      $_____

**17.** _____  
Creditor's Name  
_____  
Number    Street  
_____  
_____  
City      State      ZIP Code  
_____  
Contact  
_____  
Contact phone  

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   –   $_____
         Unsecured claim      $_____

Official Form 104      **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 4

Debtor 1    Charles Barr      Case number *(if known)* _____
         First Name    Middle Name    Last Name

**Unsecured claim**

### 18

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   − $_____
       Unsecured claim   $_____

### 19

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   − $_____
       Unsecured claim   $_____

### 20

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   − $_____
       Unsecured claim   $_____

Debtor 1  Charles Barr  
　　　　　First Name  Middle Name  Last Name

Case number (*if known*)_____

Case: 25-30563    Doc# 1    Filed: 07/17/25    Entered: 07/17/25 15:26:13    Page 13 of 16

## Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✖ /s/ Charles Barr  
Signature of Debtor 1

Date 07/17/2025  
　　　MM / DD / YYYY

✖ _____  
Signature of Debtor 2

Date 07/17/2025  
　　　MM / DD / YYYY

Capital One
Attn: Bankruptcy Department
PO Box 30285
Salt Lake City, UT 84130-0285


Chipmann Glasser
2000 South Colorado Blvd.
Tower One, Suite 7500
Denver, CO 80222


Colorado Department of Revenue
Attn: Bankruptcy
PO Box 17087
Denver, CO 80217-0087


Greater Nevada Credit Union
451 Eagle Station Ln
Carson City, NV 89701


Jennifer Wickliffe
c/o Sherman Business Law
802 Montgomery St
San Francisco, CA 94133


JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


Judy Lopez
13331 Illinois Street
Westminster CA 92683

Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116


Miguel Zubizarreta
31214 Lake Road
Bay Village Ohio 44140


Nuveen - CPACE
19 Old Kings Highway South
Suite 210
Darien, CT 06820


Rabo Agrifinance
14767 North Outer 40 Road
Suite 400
Chesterfield, MO 63017


RaboAgrifinance
Attn: Kurt Keistikow
1402 Technology Parkway
Cedar Falls, IA 50613


Savor / JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


StanCorp Mortgage Investors, LLC
10265 NE Tanasbourne Drive 3rd Fl
Hillsboro, OR 97124

Trevor Guidum
3708 Sacramento Street
San Francisco, CA 94118